FILED
MAY 0 2 2006

UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CR 06-M11 |
| Plaintiff, | * | |
| vs. | * | FINDING OF PROBABLE CAUSE |
| HUGO OCTAVIO ANTILLON-BUSTAMANTE, a/k/a Andrei Maly, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

This matter came before the Court for an initial appearance, preliminary examination and detention hearing on a Complaint on Tuesday, May 2, 2006. The Defendant appeared in person and by his counsel, Assistant Federal Public Defender Bill Delaney. The United States appeared by Assistant United States Attorney, John Haak.

Based upon the testimony of Tracy Warner, Special Agent with ICE, the Court finds probable cause to believe that the Defendant has committed the acts alleged in the Complaint.

Dated at Sioux Falls, South Dakota, this 2nd day of May, 2006.

BY THE COURT:

_____
John E. Simko
United States Magistrate Judge

ATTEST:

JOSEPH HAAS, Clerk of Courts

By_____, Deputy

(SEAL)